**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Ethan Fricker, individually and on behalf of all others similarly situated, | No. 1:26-cv-02675 |
| Plaintiff, | Hon. Steven C. Seeger |
| v. | |
| Fireflies.ai Corp., | |
| Defendant. | |

**UNOPPOSED MOTION TO EXTEND TIME**

Defendant Fireflies.ai Corp. ("Fireflies"), through its undersigned counsel, respectfully moves this Court for an extension of time to answer or otherwise respond to Plaintiff's Class Action Complaint ("Complaint"). Plaintiff has agreed to the extension requested by Fireflies. In support of this Motion, Fireflies states as follows:

1.      Plaintiff filed his Complaint on March 10, 2026. *See* Dkt. 1.

2.      On March 12, 2026, counsel for Fireflies accepted informal service of Plaintiff's Complaint on behalf of Fireflies.

3.      As such, the deadline for Fireflies to answer or otherwise respond to the Complaint is currently April 2, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

4.      Good cause exists for the requested extension.

5.      Given the complex factual and legal issues raised by the Complaint that must be investigated, Fireflies respectfully requests that this Court extend the time in which Fireflies must respond to Plaintiff's Complaint by 14 days, up to and including April 16, 2026.

6.      On March 12, 2026, counsel for Plaintiff informed counsel for Fireflies that

1

Plaintiff has no objection to this requested extension.

7. This is the first request for an extension of time in this case.

8. No party to this action will be prejudiced by the requested extension, which has not been brought for purposes of delay, or any other improper purpose.

WHEREFORE, for the reasons stated above, Fireflies respectfully requests that this Court enter an order allowing Fireflies until April 16, 2026, to answer or otherwise respond to Plaintiff's Complaint.

Dated: March 18, 2026

By: /s/ *Kathleen A. Stetkso*
Kathleen A. Stetsko
kstetsko@perkinscoie.com
J. Mylan Traylor
mtraylor@perkinscoie.com
PERKINS COIE LLP
110 N. Wacker Drive
Chicago, IL 60606
Telephone: 312-324-8400

Ryan Spear
rspear@perkinscoie.com
Ryan Thomas Mrazik (*pro hac vice* forthcoming)
rmrazik@perkinscoie.com
PERKINS COIE
1301 Second Ave.
Seattle, WA 98101-3099
Telephone: 206-359-3787

*Attorneys for Defendant, Fireflies.ai Corp.*

2