# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Ethan Fricker

                     Plaintiff,

v.

Fireflies.AI Corp.

                     Defendant.

Case No.: 1:26–cv–02675
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 20, 2026:

     MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion to reassign a related case, Martinez v. Fireflies.AI Corp. (26–cv–3512), is hereby granted. That case is pending before Judge Blakey. Both cases involve an allegation that Defendant's product captures "voiceprints" in violation of BIPA. The Court hereby directs the Clerk's Office to reassign the Martinez case to the docket of this Court as provided in Local Rule 40.4(b). Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.