**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ethan Fricker

                  Plaintiff,

v.

Fireflies.AI Corp.

                  Defendant.

Case No.: 1:26–cv–02675
Honorable Steven C. Seeger

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 4, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' motion to consolidate this case (26–cv–2675) with a related case (Martinez v. Fireflies.AI Corp., 26–cv–3512) and motion for appointment as interim class counsel (Dckt. No. [22]) is hereby granted. The plaintiffs in both cases agree to the proposed relief. The two cases are hereby consolidated. Fricker is the lead case. The Court appoint Werman Salas P.C. as interim class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). The motion did not address whether Plaintiffs intend to file a consolidated class action complaint, covering both cases. The Court assumes that Plaintiffs intend to do so, as foreshadowed by Defendant's motion about extra time to file the answers. The Court grants Plaintiffs leave to file a consolidate class action complaint within 21 days of entry of this order. If Plaintiffs envision a different path forward, then they should file a statement and reveal what they have in mind. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.