**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ETHAN FRICKER and LORENZO MARTINEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FIREFLIES.AI CORP.,

Defendant.

No. 1:26-cv-02675

Hon. Steven C. Seeger

**DECLARATION OF GREGORY NOVOTNY DOCTER**

I, Gregory Novotny Docter, declare as follows:

1. I am over 18 years of age.

2. I reside in Madison, Wisconsin.

3. I am the Senior Business Operations and Strategy Manager for Fireflies.AI Corp. ("Fireflies"), a Delaware corporation. I have held that position since May 2025.

4. As a result of my position and my job duties, I am familiar with Fireflies technology and functionality.

5. The facts stated in this declaration are based on my personal knowledge and my review of Fireflies business records, which Fireflies makes, creates, and maintains in the ordinary course of its business and as a practice of its regularly conducted activity.

6. If called upon to testify, I could and would be able to do so competently.

7. I have reviewed the Consolidated Class Action Complaint (the "Complaint") in the lawsuit titled *Ethan Fricker and Lorenzo Martinez v. Fireflies.AI Corp.*, No. 1:26-cv-02675

(the "Lawsuit"), which was filed on June 24, 2026 in the U.S. District Court for the Northern District of Illinois.

8. Fireflies is a corporation organized and existing under the laws of the State of Delaware.

9. Fireflies' principal place of business is located in Miami, Florida.

10. Fireflies is a provider of AI-powered productivity software. Fireflies' services include a leading AI-based software service that allows Fireflies account holders to choose to transcribe, summarize, translate, and analyze their meetings conducted via online video-conference platforms, such as Zoom.

11. Fireflies offers its platform, products, and services to a broad, nationwide and global audience of professionals, businesses, and other users without any geographic restriction.

12. Fireflies does not direct any specialized or tailored marketing or advertising efforts targeted specifically at the Illinois market or at Illinois residents.

13. Fireflies does not offer products or services tailored to Illinois residents or the Illinois market.

14. Fireflies did not target, solicit, or otherwise affirmatively seek to do business with the organizations "Power Kiosk" or "Summit HQ," which are referenced in the Complaint.

15. Fireflies did not target, solicit, or otherwise affirmatively seek to do business with the named plaintiffs in the Complaint.

16. Fireflies does not maintain a business entity registration in Illinois.

17. Fireflies maintains no physical offices in Illinois.

18. Fireflies holds no ownership interest in any real estate in Illinois.

19. Fireflies does not maintain any bank accounts, lines of credit, or other financial accounts in Illinois.

20. Fireflies does not maintain a telephone listing or mailing address in Illinois.

21. Fireflies does not employ any personnel based in Illinois.

22. The Complaint alleges that Fireflies advertised job openings for both a Product Marketing Manager and a Content Lead (SEO/GEO) in Illinois. *See* Compl. ¶ 19. Fireflies did not hire anyone based in Illinois for those positions.

23. Fireflies does not own or operate servers or similar computing resources in Illinois.

24. Fireflies does not store, analyze, or process voice recordings or voice data using servers or similar computing resources in Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Madison, Wisconsin, on July 15, 2026.

Signed by:
Gregory Novotny Doctor
DDB83D1BE0C54E0...

Gregory Novotny Docter